IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIS BONDS, #215403,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-56-MHT-CSC |
| | ) (WO) |
| | ) |
| **GWENDOLYN BABERS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

After further review of the docket and for good cause, it is **ORDERED** that the deadline for filing Objections to the January 25, 2023, Recommendation of the Magistrate Judge (Doc. 76) be extended to and including March 1, 2023.

The Clerk of the Court is **DIRECTED** to send a copy of this Order and the Recommendation (Doc. 76) to the Plaintiff at his current address as stated in Plaintiff's Notice to the Court of his Change of Address. (Doc. 77).

DONE this the 15th day of February, 2023.

/s/ Charles S. Coody
**UNITED STATES MAGISTRATE JUDGE**

1