IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BONDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv56-MHT |
| | ) | (WO) |
| GWENDOLYN BABERS, Warden, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that he was subjected to excessive force by two of the defendant correctional officers, and that after the incident, they and other defendants denied him access to an ordered x-ray and other medical care, and conspired to give him a false disciplinary for assault in order to cover up the excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be denied as to plaintiff's claims of

excessive force but otherwise granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

    Appropriate orders will be entered.

    DONE, this the 7th day of March, 2023.

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**