IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES BONDS,                     )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )          2:20cv56-MHT
                                 )              (WO)
GWENDOLYN BABERS, Warden,        )
et al.,                          )
                                 )
    Defendants.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 79) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 76) is adopted as set forth below.

(3) Plaintiff's claims against defendant Alabama Department of Corrections are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

(4) Defendants' motions for summary judgment ((Doc. Doc. 20, Doc. 27, Doc. 31, Doc. 49, Doc. 54, Doc. 56

and Doc. 58) are granted as to plaintiff's claims for monetary relief against defendants in their official capacities and his claims for deliberate indifference to medical needs, denial of due process, and conspiracy.

(5) Defendants' motions for summary judgment are denied as to plaintiff's excessive-force claim against defendant Officers Dominic Whitley and David Dennis in their individual capacities.

(4) Judgment is entered in favor of defendants and against plaintiff on plaintiff's official-capacity claims and his claims for deliberate indifference to medical needs, denial of due process, and conspiracy, with plaintiff taking nothing by his complaint on these claims.

(5) Defendants Alabama Department of Corrections, Gwendolyn Babers, Pamela Harris, Davlin Rodgers, Tangela Rodgers, and Christopher Gordy are terminated as parties to this action.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed and will be set for trial on plaintiff's excessive-force claim against defendants Whitley and Dennis.**

**DONE, this the 7th day of March, 2023.**

          /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**