IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES BONDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv56-MHT |
| | ) | (WO) |
| DOMINIC WHITLEY, Lt., and | ) | |
| DAVID DENNIS, C.O., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

The court having been informed that this cause is now settled and that the settlement has been executed, *see* Response Show Cause Order (Doc. 94), it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of September, 2023.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**